

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00066-CV

**IN THE INTEREST OF K.R.S., ET AL.**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-01563
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because appellant qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 1, 2018.

_____
Irene Rios, Justice